UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24530-UU

NANCY BODAN, *et al.*,

    Plaintiffs,

v.

CG RYC, LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On December 14, 2017, Defendants removed the Complaint from the Circuit Court in and for Miami-Dade County, Florida. D.E. 1. The Complaint alleges that Defendants violated the Fair Labor Standards Act, and breached employment contracts with the Plaintiffs. Each Plaintiff has unique overtime claims, a separate employment contract, and seeks an accounting of their respective payroll records. Plaintiffs did not file this suit as a collective action. The Court finds that joining Plaintiffs together in the same suit will unnecessarily complicate this matter and delay resolution of each individual's claims. It is, therefore, hereby

ORDERED AND ADJUDGED that the Plaintiffs are SEVERED. The claims of all Plaintiffs except the first named Plaintiff, Nancy Bodan, are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJDUGED that the Clerk shall drop all Plaintiffs except Nancy Bodan from the docket.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of December, 2017.

*Ursulalazaro*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf