UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-CV-24530-UU

NANCY BODAN,

       Plaintiff,

v.

CG RYC, LLC, CG MIAMI RIVER LLC,
FOOD AND LEVERAGE, LLC,
STEPHANE DUPOUX, and
MEYER CHETRIT,

       Defendants.
_____/

## PLAINTIFF NANCY BODAN'S STATEMENT OF CLAIM

In compliance with the Court's December 27, 2017 Order in Actions Brought Under the Fair Labor Standards Act [DE 10], Plaintiff Nancy Bodan files this Statement of Claim and states the following:

**Initial Estimate of Amount of Unpaid Wages Under the Federal Minimum Wage Claim**

| Description | Amount |
| --- | --- |
| Federal Minimum Wage in 2017 | $8.10 |
| Hourly Wage paid from 2/6/2017 to 5/28/2017 | $5.50 |
| Discrepancy between Federal Minimum Wage and Hourly Wage paid from 2/6/2017 to 5/28/2017 | $2.60 |
| Hours worked from 2/6/2017 to 5/28/2017 | $318.49 |
| Amount owed from 2/6/2017 to 5/28/2017 | $828.07 |
| Hourly Wage paid from 5/29/2017 to 7/23/2017 | $3.50 |
| Discrepancy between Federal Minimum Wage and Hourly Wage paid after 5/29/2017 | $4.60 |
| Hours worked from 5/29/2017 to 7/23/2017 | 143.91 |
| Amount owed from 5/29/2017 to 7/23/2017 | $661.99 |
| Total owed for discrepancy between Federal Minimum Wage and Hourly Wage paid | $1,490.06 |

Plaintiff submits this Statement of Claim as only an initial estimate of the amount she is owed for Defendants' failure to pay the minimum wage. At this time, Plaintiff is unable to provide the Court with an estimate of the amount of overtime wages she is owed because Defendants are in possession of the specific information concerning the hours Plaintiff worked. Additionally, this figure only represents the amount owed to Plaintiff for Defendants' failure to pay minimum wage due to River Yacht Club's violation of the Fair Labor Standards Act and not any of the unpaid tips or damages stemming from Plaintiff's state law claims.

Plaintiff reserves the right to supplement or amend the figure provided in this Statement of Claim.

Dated: January 12, 2018.

          Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

By: /s/ Robert Zarco
    **ROBERT ZARCO (FBN 502138)**
    E-mail: rzarco@zarcolaw.com
    **BESHOY RIZK (FBN 93808)**
    E-mail: brizk@zarcolaw.com
    **MARGARET T. LAI (FBN 0074395)**
    E-mail: mlai@zarcolaw.com
    Secondary E-mail: khernandez@zarcolaw.com
    Secondary E-mail: eservice@zarcolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's CM/ECF system on this 12th day of January, 2018.

By: /s/ Robert Zarco
Robert Zarco