UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-CV-24530-UU

NANCY BODAN,

    Plaintiff,

v.

CG RYC, LLC, CG MIAMI RIVER LLC,
FOOD AND LEVERAGE, LLC,
STEPHANE DUPOUX, and
MEYER CHETRIT,

    Defendants.
_____/

## PLAINTIFF NANCY BODAN'S NOTICE OF COMPLIANCE

Plaintiff Nancy Bodan advises the Court of her compliance with the requirement in the Court's December 27, 2017 Order in Actions Brought Under the Fair Labor Standards Act [DE 10] (the "Order") that she serve copies of the Order, the Statement of Claim [DE 18], and the documents supporting her Statement of Claim on counsel for Defendants, Lowell J. Kuvin, via electronic mail at lowell@kuvinlaw.com.

Dated: January 12, 2018.

                                Respectfully submitted,

                                **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
                                Miami Tower
                                100 S.E. 2nd Street, 27th Floor
                                Miami, Florida 33131
                                Telephone: (305) 374-5418
                                Facsimile: (305) 374-5428

By: /s/ Robert Zarco
**ROBERT ZARCO (FBN 502138)**
E-mail: rzarco@zarcolaw.com
**BESHOY RIZK (FBN 93808)**
E-mail: brizk@zarcolaw.com
**MARGARET T. LAI (FBN 0074395)**
E-mail: mlai@zarcolaw.com
Secondary E-mail: mguedes@zarcolaw.com
Secondary E-mail: eservice@zarcolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's CM/ECF system on this 12th day of January, 2018.

By: /s/ Robert Zarco
Robert Zarco