UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24530-UU

NANCY BODAN,

    Plaintiff,

v.

CG RYC, LLC, *et al.*,

    Defendants.

_____/

<u>**ORDER**</u>

THIS CAUSE comes before the Court upon the Report and Recommendation issued by Magistrate Judge John J. O'Sullivan recommending that Defendants' Motion to Disqualify Plaintiff's Counsel (D.E. 49).

THE COURT has considered the record and is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the period for filing objections is shortened. Accordingly, objections, if any, must be filed no later than **Wednesday, March 21, 2018.** If objections are filed, the parties shall file their responses to the objections no later than **Monday, March 26, 2018**, and replies no later than **Thursday, March 29, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of March, 2018.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf