UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24530-UU

NANCY BODAN,

    Plaintiff,

v.

CG RYC, LLC, *et al.*,

    Defendants.
    _____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Stay Proceedings (D.E. 54).

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

On March 2, 2018, the Court dismissed Plaintiff's Amended Complaint and ordered her to file a Second Amended Complaint by tomorrow, March 23, 2018. D.E. 48. Since the Court issued that Order, Defendant's Motion to Disqualify Plaintiff's Counsel (D.E. 24) has come ripe. *See* D.E. 50. In the instant Motion to Stay, Plaintiff states that although her counsel maintains that there is no conflict and they should not be disqualified, she will nevertheless, retain new counsel. Accordingly, she seeks to stay the proceedings and extend the deadline to file her Second Amended Complaint.

Given that the Court has not yet ruled on the Motion to Disqualify, and given that Plaintiff's counsel maintains that there is no conflict of interest, Plaintiff may still rely on her present counsel and still obligated to file a Second Amended Complaint by tomorrow. Accordingly, it is hereby,

ORDERED AND ADJUDGED that the Motion to Stay (D.E. 54) is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this 22d day of March, 2018.

*[Signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record