**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-24530-UU

NANCY BODAN,

    Plaintiff,

v.

CG RYC, LLC, *et al.*,

    Defendants.
_____/

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

    THIS CAUSE comes before the Court upon the Report and Recommendation, issued by Magistrate Judge John J. O'Sullivan on March 14, 2018 (D.E. 49). Judge O'Sullivan recommended that Defendant's Motion to Disqualify Plaintiff's Counsel (D.E. 24) be GRANTED.

    The Parties' objections to the Report were due by March 21, 2018, and no party has filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is thus ripe for disposition.

    THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that United States Magistrate Judge O'Sullivan's Report and Recommendation, (D.E. 49), is RATIFIED, AFFIRMED and ADOPTED. It is further

    ORDERED AND ADJUDGED that Defendant's Motion to Disqualify Plaintiff's Counsel (D.E. 24) is GRANTED. It is further

ORDERED AND ADJUDGED that no later than **Thursday, March 29, 2018,** Plaintiff SHALL file a notice with the court indicating whether she intends to retain new counsel or proceed *pro se*. <u>Failure to comply with this order will result in the immediate dismissal of this action.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf